UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CYNTHIA D. PAJAK,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNDER ARMOUR, INC., *et al.*,<br><br>　　　　　　Defendants. | No. _____ |

**DEFENDANTS UNDER ARMOUR, INC. AND UNDER ARMOUR RETAIL, INC.'S
AND NON-PARTY NICOLE FINCK'S
MOTION TO QUASH SUBPOENA ON MS. FINCK AND FOR PROTECTIVE ORDER**

　　　　Defendants Under Armour, Inc. and Under Armour Retail, Inc. ("UA"), and Non-Party Nicole Finck, through their undersigned counsel, move pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure for an Order quashing and/or limiting the subpoenas for documents and for deposition served on Ms. Finck, a UA employee and member of UA's legal team, by Plaintiff Cynthia D. Pajak in *Pajak v. Under Armour, Inc., et al.*, No. 1:19-CV-160 (N.D. W.Va.).  The reasoning and authorities in support of UA's Motion are set forth in the accompanying memorandum, which is incorporated herein.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  May 7, 2021

　　　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　Philip M. Andrews (Bar No. 00078)
　　　　　　　　　　　　　　　　　　　　Amy E. Askew (Bar No. 26709)
　　　　　　　　　　　　　　　　　　　　Justin A. Redd (Bar No. 18614)
　　　　　　　　　　　　　　　　　　　　KRAMON & GRAHAM, P.A.
　　　　　　　　　　　　　　　　　　　　One South Street, Suite 2600
　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　　　　(410) 752-6030

(410) 539-1269 (fax)
pandrews@kg-law.com
aaskew@kg-law.com
jredd@kg-law.com

*Attorneys for Under Armour, Inc.
and Under Armour Retail, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of May, 2021, copies of the foregoing document were served, by agreement of counsel, via electronic mail to counsel of record in No. 1:19-CV-160 (N.D. W.Va.):

Larry J. Rector
Allison B. Williams
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, West Virginia 26330
larrv.rector@steptoe-johnson.com
allison.williams@steptoe-johnson.com

*Counsel for Plaintiff Cynthia Pajak*

Scott H. Kaminski
Ray, Winton & Kelley, PLLC
109 Capitol Street, Suite 700
Charleston, WV 25301
ScottKaminski@rwk-law.com

*Counsel for Defendant Brian Boucher*

Justin M. Harrison
Grace E. Hurney
Jackson Kelly PLLC
500 Lee Street, East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
justin.harrison@jacksonkelly.com
grace.hurney@jacksonkelly.com

*Counsel for Defendants Under Armour, Inc. and Under Armour Retail, Inc.*

                /s/
Philip M. Andrews

## TABLE OF CONTENTS

TABLE OF CONTENTS ................................................................................................................. i

LIST OF EXHIBITS ..................................................................................................................... iii

MEMORANDUM IN SUPPORT OF UNDER ARMOUR, INC. AND UNDER ARMOUR RETAIL, INC.'S AND NON-PARTY NICOLE FINCK'S MOTION TO QUASH SUBPOENA ON MS. FINCK AND FOR PROTECTIVE ORDER ................................................................. 1

    I.    Introduction ...................................................................................................................... 1

    II.   Pajak Litigation Background .......................................................................................... 3

        A.    Plaintiff's Claims Against UA in her Original Complaint. ........................................ 3

            1. January 2018. ........................................................................................................ 4

            2. April 2018. ............................................................................................................ 5

            3. November 2018. .................................................................................................... 6

            4. Plaintiff's Termination. ........................................................................................ 7

        B.    Plaintiff's Discovery to UA. ....................................................................................... 7

        C.    Relativity Fest 2019 and Plaintiff's Dilatory Disclosure of Ms. Finck as a Witness with Discoverable Information ......................................................................... 8

        D.    Plaintiff's Amended Complaint. ............................................................................... 10

        E.    The March 4th Hearing and the Court's Order. ........................................................ 12

        F.    Ms. Finck's Objections and UA's Attempts To Resolve the Disputes Regarding the Subpoenas .............................................................................................................. 13

    III.  Applicable Legal Standards .......................................................................................... 18

        A.    When Quashing or Modifying a Subpoena Is Required ........................................... 18

        B.    Motion for a Protective Order ................................................................................... 19

        C.    Choice of Law — West Virginia Privilege Law and Federal Work-Product Law Apply .......................................................................................................................... 21

    IV.  Argument ....................................................................................................................... 21

        A.    Plaintiff improperly seeks UA's privileged and protected information from Ms. Finck. ............................................................................................................ 22

      1. The Subpoenas improperly seek privileged and work-product protected material. .... 23

      2. No privilege log should be required for post-litigation materials. ............................... 25

   B.    Plaintiff has not and cannot prove the crime-fraud exception. ................................... 27

   C.    Any deposition of Ms. Finck must be strictly limited to non-privileged and non-protected documents, topics, and time periods. ................................................................... 31

V.   Conclusion ........................................................................................................................ 32

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 104.7 ............................................ 34

[PROPOSED] ORDER ................................................................................................................ 36

# LIST OF EXHIBITS

| Ex. | ECF Suffix | Description |
|---|---|---|
|  | 1. | Memorandum of Law |
|  | 2. | Local Rule 104.7 Certificate |
|  | 3. | Proposed Order |
| A. | 4. | N. Finck Objections to Subpoena w/Exs. 1-5<br>    A.1.    Subpoena *Duces Tecum*<br>    A.2.    Plaintiff's Second Supp. Rule 26(a)(2) Disclosures<br>    A.3.    G. Hurney email (Oct. 8, 2020)<br>    A.4.    Boucher Depo. Excerpts (Nov. 20, 2020)<br>    A.5.    Hearing Excerpts (Mar. 4, 2021) |
| B. | 5. | Notice of Videotaped Deposition of Niki Finck |
| C. | 6. | Pajak Deposition Excerpts |
| D. | 7. | R.L. Deposition Excerpts |
| E. | 8. | M.D. Deposition Excerpts |
| F. | 9. | J.C. Declaration |
| G. | 10. | M.M. Deposition Excerpts |
| H. | 11. | UA 30(b)(6) Deposition Excerpts |
| I. | 12. | Plaintiff's Rule 26(a)(1) Initial Fact Witness Disclosures Regarding Plaintiff's Spoliation Claims |
| J. | 13. | L. Rector email (Apr. 28, 2021 2:35 PM) forwarding email chain with N. Auerbach (Apr. 13-28, 2021), attaching ElevateNext email (Apr. 28, 2021 2:24 PM) |
| K. | 14. | M. Lantz email (Apr. 28, 2021 3:42 PM), attaching Initial Disclosures |
| L. | 15. | A. Williams ESI correspondence to UA's counsel (Dec. 17, 2019) |
| M. | 16. | Plaintiff's Motion to Amend, N.D. W. Va. ECF Nos. 267 & 268 |
| N. | 17. | Brian Boucher's Responses to UA's Requests for Admission |
| O. | 18. | J. Harrison email (Apr. 6, 2021) |
| P. | 19. | Email chain "Pajak/Subpoenas - Time Sensitive" (Apr. 28, 2021) |
| Q. | 20. | Email chain "RE: Pajak/Subpoenas - Time Sensitive" (Apr. 29, 2021) |
| R. | 21. | L. Rector email "Order" (Apr. 30, 2021), attaching N.D. W. Va. ECF No. 251 |
| S. | 22. | A. Askew email "RE: Order" (May 3, 2021) |
| T. | 23. | T. Cooper email "Pajak v. UA/Boucher - Finck Subpoena" (May 4, 2021) |