UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CYNTHIA D. PAJAK,<br><br>        Plaintiff,<br><br>v.<br><br>UNDER ARMOUR, INC., *et al.*,<br><br>        Defendants. | No. _____ |

### [PROPOSED] ORDER

Upon consideration of the Motion to Quash Subpoena on Non-Party Nicole Finck and for a Protective Order ("Motion") filed by Defendants Under Armour, Inc. and Under Armour Retail, Inc. and Non-Party Nicole Finck (collectively, "Under Armour"), any opposition thereto, the record in this case, and the applicable law, it is this _____ day of _____, _____, by the United States District Court for the District of Maryland, hereby ORDERED that

1. This Court is the court for the district where compliance is required under Rule 45(d) of the Federal Rules of Civil Procedure, and therefore has jurisdiction over and authority to decide the Motion;

2. Under Armour's Motion be and hereby is GRANTED;

3. The subpoena for documents and the subpoena for deposition served on Non-Party Nicole Finck are QUASHED pursuant to Rule 45(d)(3);

4. Any deposition on Ms. Finck may proceed only under the following parameters:

    a. no questioning may seek to invade the attorney-client privilege or work-product protection;

      b. the questioning shall be limited to non-privileged and non-work-product-protected information and documents related to Ms. Finck's participation in the Relativity Fest 2019 conference.

5. The Clerk of the Court transmit a copy of this Order to counsel of record.

Date: _____

                                                                 Judge, United States District Court for the District of Maryland